UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN A. PERRY,<br><br>                Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendants. | No.  1:25-cv-00596-GSA<br><br>ORDER TERMINATING ECF NO. 12 (OPENING BRIEF) AND DIRECTING PLAINTIFF TO REFILE AS A MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No 12.) |

Per the scheduling order (ECF No. 8 at 2), the opening brief is now to be docketed as a motion for summary judgment for case tracking and other administrative purposes.

Accordingly, it is **ORDERED** that the opening brief (ECF No. 12) is terminated, and Plaintiff is directed to refile it as a motion for summary judgment.

IT IS SO ORDERED.

Dated:   **October 16, 2025**                              **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE

1