UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan A. Perry,<br><br>   Plaintiff,<br><br>   v.<br><br>Commissioner of Social Security,<br><br>   Defendants. | No. 1:25-cv-00596-JLT-GSA<br><br>**ORDER EXTENDING DEFENDAN'S RESPONSE DEADLINE** |

As stipulated (ECF No. 16), Defendant's deadline to file a cross-motion for summary judgment is extended from October 29, 2025 to December 3, 2025.

IT IS SO ORDERED.

   Dated:   **October 24, 2025**              **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE