ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN A. PERRY,<br><br>  Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Civil No. 1:25-cv-00596-GSA<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

   On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

   The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: November 4, 2025					THE METSKER LAW FIRM

							By: */s/ John Metsker*\*
							JOHN METSKER
							Attorneys for Plaintiff
							[*As authorized by e-mail on Nov. 4, 2025]

Dated: November 6, 2025					ERIC GRANT
							United States Attorney
							MATHEW W. PILE
							Head of Program Litigation 1
							Social Security Administration | Law & Policy

						By:	*/s/ Margaret Branick-Abilla*
							MARGARET BRANICK-ABILLA
							Special Assistant United States Attorney
							Attorneys for Defendant

## ORDER

Pursuant to stipulation, this action is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner

IT IS SO ORDERED.

Dated:  **November 6, 2025**				**/s/ Gary S. Austin**
							UNITED STATES MAGISTRATE JUDGE